IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TERESA PITTS                                                            PLAINTIFF

      v.                     CIVIL NO. 2:17-cv-02221-MEF

NANCY BERRYHILL, Commissioner
Social Security Administration                                     DEFENDANT

## **MEMORANDUM OPINION AND ORDER**

      Plaintiff, Teresa Pitts, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner"). (ECF No. 1). On December 1, 2017, the Court denied Plaintiff's Motion for Leave to Proceed In Forma Pauperis and directed her to pay the filing fee. (ECF No. 6). On December 28, 2017, Plaintiff filed a Motion to Dismiss and, thereafter, a Motion to Amend/Correct the Motion to Dismiss, stating that she does not have the funds to pay the filing fee. (ECF Nos. 7, 8). Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case without prejudice.

      DATED this the 03rd day of January, 2018.

                                                 /s/ Mark E. Ford
                                                HONORABLE MARK E. FORD
                                                UNITED STATES MAGISTRATE JUDGE