IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TERESA PITTS                                                                                          PLAINTIFF

v.                                      CIVIL NO. 2:17-cv-02221-MEF

NANCY BERRYHILL, Commissioner
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Memorandum Opinion and Order (ECF No. 9), the clerk is ordered to dismiss the Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this the 3rd day of January, 2018.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE